1   **JS-6**

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   EMILY ALERICH and CHRISTOPHER          Case No.: ED CV 22-303-DMG (SHKx)
     ALERICH,
12                                           **JUDGMENT PURSUANT TO**
                                             **FED. R. CIV. P. 68(a) [35]**
13              Plaintiffs,

14              vs.

15
     FCA US, LLC; and DOES 1 through 10,
16   inclusive,

17
                Defendants.
18

19

20        Plaintiffs EMILY ALERICH and CHRISTOPHER ALERICH ("Plaintiffs")

21   accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68(a)

22   on July 27, 2023.  Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the

23   amount of $75,000 pursuant to the terms of the Rule 68 Offer.  All scheduled dates and

24   deadlines are VACATED.

25        IT IS SO ORDERED.

26   DATED:  November 29, 2023                          _____

27                                             DOLLY M. GEE
                                               UNITED STATES DISTRICT JUDGE
28

-1-